IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THUY VAN VO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-346 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| JON LOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 1, 2019, the Magistrate Judge issued a Report (Doc. 31) recommending that Defendant's Motion to Dismiss (Doc. 17) be granted. Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff filed Objections. (Doc. 32.)

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendant's Motion to Dismiss (Doc. 17) is **GRANTED**, the Magistrate Judge's R&R (Doc. 31) hereby is adopted as the Opinion of the District Court, and the Complaint (Doc. 22) is **DISMISSED WITH PREJUDICE**.[1]

---

[1] The Court specifically finds, as Defendant urges, that Plaintiff has not put forth any allegations that could plausibly support a claim for a violation of the Stored Communications Act, and particularly not a violation by this Defendant. Thus, dismissal of this suit is with prejudice. Heine v. Bureau Chief Division of Fire and Safety, 765 F. App'x 816, 821–22 (3d Cir. 2019)

IT IS SO ORDERED.

January 24, 2020                                              s\Cathy Bissoon
                                                                          Cathy Bissoon
                                                                          United States District Judge

cc (via First-Class U.S. Mail):

Thuy Van Vo
#KJ-8911
SCI Greene
169 Progress Drive
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record

---

(Affirming dismissal with prejudice where there was "no reason to believe that [ ] claims could be salvaged by amendment.").